IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



| | |
|---|---|
| SAMUEL G. HUTCHINSON III and MARILYN HUTCHINSON, <br><br> Plaintiffs, <br><br> AMERICAN LONGSHORE MUTUAL ASSOCIATION, <br><br> Intervenor Plaintiff, <br><br> v. <br><br> M/V/ MOL ENDURANCE (IN REM); LUNAR RIVER LINE, S.A.; MITSUI O.S.K. LINES; NEW ASIAN SHIPPING COMPANY LTD.; and ATLAS SHIPPING NAVIGATION, S.A.; <br><br> Defendants. | CASE NO. CV410-247 |

### O R D E R

Before the Court is Plaintiffs' Motion to Exclude Expert Witness Testimony. (Doc. 75.) The parties have fully briefed this issue. However, they have subsequently entered into mediation in an attempt to resolve their dispute. (Doc. 80.) In this regard, the parties have notified the Court that they do not desire a ruling on Plaintiffs' motion during the pendency of the mediation. Therefore, the Clerk of Court is **DIRECTED** to terminate Plaintiffs' motion. Should the parties fail to resolve their dispute, they are **DIRECTED** to notify the Court within

five days of concluding their unsuccessful mediation, at which point the Court shall consider Plaintiffs' motion as renewed.

SO ORDERED this 15th day of March 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA