IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 MAR 15 PM
CLERK
SO. DIST. OF GA.

SAMUEL G. HUTCHINSON III and )
MARILYN HUTCHINSON,          )
                             )
        Plaintiffs,          )
                             )
AMERICAN LONGSHORE MUTUAL    )
ASSOCIATION,                 )
                             )
        Intervenor Plaintiff, )
                             )
v.                           )          CASE NO. CV410-247
                             )
M/V/ MOL ENDURANCE (IN REM); )
LUNAR RIVER LINE, S.A.;       )
MITSUI O.S.K. LINES; NEW     )
ASIAN SHIPPING COMPANY LTD.; )
and ATLAS SHIPPING           )
NAVIGATION, S.A.;            )
                             )
        Defendants.          )
                             )

## O R D E R

Before the Court is Plaintiffs' Motion to Exclude
Expert Witness Testimony.    (Doc. 75.)    The parties have
fully briefed this issue.    However, they have subsequently
entered into mediation in an attempt to resolve their
dispute.    (Doc. 80.)    In this regard, the parties have
notified the Court that they do not desire a ruling on
Plaintiffs' motion during the pendency of the mediation.
Therefore, the Clerk of Court is **DIRECTED** to terminate
Plaintiffs' motion.    Should the parties fail to resolve
their dispute, they are **DIRECTED** to notify the Court within

five days of concluding their unsuccessful mediation, at which point the Court shall consider Plaintiffs' motion as renewed.

SO ORDERED this 15th day of March 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA